## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

In Re:
ROBIN VIRGINIA HEINZE
Debtor

Case No. 02-83050

## ORDER APPOINTING APPRAISER/AUCTIONEER

THIS MATTER having come on for hearing on April 8, 2010 in the United States Bankruptcy Courtroom, Durham, North Carolina, upon the Application to Approve Employment of Auctioneer for Trustee, which was duly noticed to all creditors and parties in interest on March 9, 2010, and to which no objection has been filed; and for good and sufficient reasons appearing it is hereby

ORDERED that John A. Northen is hereby authorized to employ and retain John Pait of John Pait and Associates, 204 Dartmouth Street, Greensboro, North Carolina for such services as may be necessary for the public sale of personal property of the estate, with such compensation as may be subsequently allowed by this Court after notice and hearing.

Service list:

Michael D. West
Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

George Paul Laroque
c/o Interfaith Community Counsel
110 West Main Street
Carrboro, NC 27510

John A. Northen
P.O. Box 2208
Chapel Hill, NC 27715

Law Office of John Orcutt
1738 Hillandale Road, Suite D
Durham, NC 27705